UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT RAYMOND DOZIER,<br><br>Petitioner,<br><br>v.<br><br>JAMES DZURENDA, Director, et al.,<br><br>Respondents. | Case No. 3:18-cv-00570-RCJ-CBC<br><br>ORDER GRANTING<br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL** |

Plaintiff Scott Raymond Dozier, through counsel, hereby files this notice to dismiss this action under Fed. R. Civ. Pro. 41(a)(1)(A)(i). Voluntary dismissal is permitted because the Defendants have not served Plaintiff with an answer or motion for summary judgment. *See id.*; *see, e.g.*, *Pedrina v. Chun*, 987 F.3d 608, 610

(9th Cir. 1993) (filing of notice "closes the file" as it "is a matter of right running to the plaintiff and may not be extinguished or circumscribed by adversary or the court") (citing *American Cyanamid Co. v. McGhee*, 317 F.2d 295, 297 (5th Cir. 1963)).

DATED this 7th day of January, 2019.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF NEVADA

*/s/ David Anthony*
DAVID ANTHONY
Assistant Federal Public Defender

IT IS SO ORDERED this 14th day of January, 2019.

_____
ROBERT C. JONES